**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

_____
:
DANIEL MARKERT, individually and as      :
Executor for the                         :
ESTATE OF MICHAEL MARKERT, Deceased,     :
et al.,                                  :
                                         :
                    Plaintiffs,          :      CIVIL ACTION
                                         :
        v.                               :
                                         :
THE PNC FINANCIAL SERVICES GROUP, INC.,: NO. 11-4918
f/k/a/ PNC FINANCIAL CORPORATION,        :
d/b/a PNC,                               :
                                         :
                    Defendant.           :
_____:

## <u>ORDER</u>

**AND NOW** this 14th  day of November, 2011, upon consideration of the Motion to

Dismiss (Doc. No. 3) submitted by Defendant, The PNC Financial Services Group, Inc., f/k/a

PNC Financial Corporation, d/b/a/ PNC ("Defendant") and the Motion for Leave to File

Amended Complaint (Doc. No. 7) submitted by Plaintiffs Daniel Market, individually and as

executor of the estate of Michael Markert, deceased, Joseph Markert, and Thomas Markert

("Plaintiffs") and the response thereto, it is hereby **ORDERED** that:

1)      Defendant's Motion to Dismiss is **GRANTED**;

2)      Plaintiffs' Complaint is **DISMISSED**;

3)      Plaintiffs' Motion for Leave to File Amended Complaint is hereby **GRANTED**;

        and

4)      Plaintiffs shall submit an amended complaint consistent with our Opinion within

fourteen days of this Order.

BY THE COURT:


/s/ Robert F. Kelly_____
ROBERT F. KELLY
SENIOR JUDGE